UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS, #36554,<br>　　　　Plaintiff,<br>　　v.<br>KEITH ALTIZER,<br>　　　　Defendant(s). | Case No. 20-cv-02041-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a letter advising the clerk that he "will be dismissing" this action "as per FRCP41(a)(1)(A)" and that "this letter should suffice as per the rule." Letter (ECF No. 5) at 1. The letter is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, pursuant thereto, the action is DISMISSED without prejudice.  See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before defendants serve answer or motion for summary judgment leaves no role for court to play).

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 24, 2020

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS,<br><br>   Plaintiff,<br><br>   v.<br><br>KEITH ALTIZER,<br><br>   Defendant. | Case No. 3:20-cv-02041-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter John Arendas ID: 36554
Shasta County Jail
1655 West Street
Redding, CA 96001


Dated: April 24, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER